Paul M. Robinson, M.D.
50885-298
Metropolitan Detention Center - Los Angeles
P.O. Box 1500
Los Angeles, CA. 90053

United States District Courthouse
Central District California
255 E. Temple St.
Los Angeles, California 90012

cc: FBI

**FILED**
JUN 05 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY         DEPUTY

May 12, 2017

To Whom It May Concern,

I am making a complaint about violation of my constitutional right to adequate legal representation and due process by the U.S. Attorney's prosecutor and sitting federal judge.

The law states that promises made to the defendant in the plea agreement must be upheld at sentencing.

I allege that the plea agreement I signed stated that the prosecution would recommend two years home confinement without any mention of ankle bracelet monitoring. It also stated that AFTER ONE YEAR OF HOME CONFINEMENT THE prosecution could ask the court for 6 months custody.

(OVER)

AT SENTENCING THE PROSECUTION DID NOT ASK FOR TWO YEARS HOME CONFINEMENT BUT ASKED FOR 6 MONTHS CUSTODY IN DIRECT CONTRADICTION TO THE PLEA AGREEMENT I SIGNED.

I ALLEGE THAT THE SITTING JUDGE DID NOT MAKE CLEAR THE CHANGES SHE MADE TO THE AGREEMENT PRIOR TO ACCEPTING MY GUILTY PLEA AND SURRENDERING THE RIGHT, MY RIGHT TO APPEAL HER SENTENCE.

THIS WAS A VIOLATION OF MY CONSTITUTIONAL RIGHT OF NOT BEING BAITED BY A PROMISE FROM THE PROSECUTION TO DO SOMETHING (RECOMMENDING HOME CONFINEMENT) IN ORDER TO GET MY SIGNATURE, AND THEN KNOWING WHAT WOULD TRANSPIRE IN COURT, LEAVING THEM A LOOPHOLE TO "LEGALLY" VIOLATE THEIR PART OF THE PLEA AGREEMENT.

PAUL ROBINSON, MD

PLEASE FORWARD THIS LETTER TO THE PRESIDING JUDGE IN SOUTHERN DISTRICT COVERING SAN DIEGO COURT HOUSE

SENTENCING DATE: MARH 13, 2017
PUBLIC DEFENDER: BEN COLEMAN

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego CA 92101

PAUL ROBINSON, MD#60896-198
METROPOLITAN DETENTION CENTER-LOS ANGELES
P.O. BOX 1500
LOS ANGELES, CA. 90053

HONORABLE PRESIDING JUDGE - SAN DIEGO DISTRICT

PAUL ROBINSON MD 50885-298
METROPOLITAN DETENTION CENTER - LOS ANGELES
P.O. BOX 1500
LOS ANGELES, CA. 90053

ATTN: HONORABLE PRESIDING JUDGE
OF SAN DIEGO DISTRICT
255 E. TEMPLE ST
LOS ANGELES, CA. 90012